No. 71–1541. SUSQUEHANNA CORP. *v.* DASHO, EXECUTRIX, ET AL.;

No. 71–1542. BOGAN ET AL. *v.* DASHO, EXECUTRIX, ET AL.; and

No. 71–1543. HARDIN ET AL. *v.* DASHO, EXECUTRIX, ET AL. C. A. 7th Cir. Certiorari denied.

No. 71–6189. CANNON *v.* MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 71–6232. BROWN *v.* CLARK, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 71–6241. SIIRILA *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 71–6247. NICKERSON *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 71–6262. NICKOLS *v.* GAGNON. C. A. 7th Cir. Certiorari denied.

No. 71–6295. SIMPSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 71–6299. CANCINO *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 71–6302. SANDERS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–6342. WALTON *v.* VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 71–6433. SANDERS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.